1250

No. 90–513.   MUSACCHIA *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 90–526.   SHORT *v.* BELLEVILLE SHOE MANUFACTURING CO. ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 90–625.   HOY ET AL. *v.* REED.   C. A. 9th Cir.   Certiorari denied.

No. 90–1122.   GOLOCHOWICZ *v.* GRAYSON, WARDEN, CHARLES EGELER CORRECTIONAL FACILITY.   C. A. 6th Cir.   Certiorari denied.

No. 90–1247.   CITY OF SPOKANE ET AL. *v.* UNITED STATES. C. A. 9th Cir.   Certiorari denied.

No. 90–1281.   GLEICHER ET AL. *v.* UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 90–1456.   LEVIN *v.* FLORIDA BAR.   Sup. Ct. Fla.   Certiorari denied.

No. 90–1457.   LITTLES *v.* AREA HEALTH DEVELOPMENT BOARD ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 90–1486.   LONG ET AL. *v.* FLORIDA ET AL.   Sup. Ct. Fla. Certiorari denied.

No. 90–1502.   PRATHER *v.* DAYTON POWER & LIGHT CO. C. A. 6th Cir.   Certiorari denied.

No. 90–1555.   MAYNARD *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 90–1594.   LUNDBLAD *v.* CELESTE ET AL.   C. A. 6th Cir. Certiorari denied.

No. 90–1595.   MAKAH INDIAN TRIBE *v.* UNITED STATES ET AL. C. A. 9th Cir.   Certiorari denied.

No. 90–1607.   MANATT *v.* FEDERAL DEPOSIT INSURANCE CORPORATION.   C. A. 8th Cir.   Certiorari denied.